IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD W. WALDEN, JR.,
    Plaintiff,

v.                                                Civil Action No.  2:23cv673

LOUIS ESTHER CORPORATION, *et al.*,
    Defendants.

## **DISMISSAL ORDER**

       This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Louis Esther Corporation (ECF No. 13), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Louis Ester Corporation has not served either an answer or a motion for summary judgment. Therefore, Plaintiff's voluntary dismissal is proper, and the Court acknowledges the dismissal of Louis Esther Corporation as a defendant in this case. This matter will proceed as to the remaining Defendant.

       It is SO ORDERED.

                                                          /s/
                                                 Elizabeth W. Hanes
                                                 United States District Judge

Norfolk, Virginia
Date: February 23, 2024